**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1274**

JERDONNIS MURRAY,

              Plaintiff - Appellant,

      v.

THE NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,

              Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:14-cv-00985-CCE-JEP)

Submitted:  July 29, 2015                 Decided:  August 12, 2015

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerdonnis Murray, Appellant Pro Se.  Tamika Lynn Henderson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerdonnis Murray appeals the district court's order dismissing for failure to state a claim his complaint alleging retaliation, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17 (2012), and common law negligence. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] See Boyer-Liberto v. Fountainbleau Corp., 786 F.3d 264, 284 (4th Cir. 2015) (en banc) (holding that hostile work environment claim may be predicated on isolated incident if harassment is physically threatening or humiliating); Wrightson v. Pizza Hut of Am., Inc., 99 F.3d 138, 142 (4th Cir. 1996) (recognizing that Title VII does not protect against sexual orientation discrimination).